as provided in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL J. GAYNOR, Appellant.— Preference granted for June 3, 1924. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MIKE RYBAK, Appellant.— Preference granted for June 3, 1924. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VIRGINIUS J. MAYO, Appellant.— Preference granted for June 3, 1924. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THOMAS H. COULTER and Another, Respondents, v. INDEX SHALE OIL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MILE HIGH SHALE OIL COMPANY, Respondent, v. SHALE OIL MACHINERY AND SUPPLY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

EDWARD H. JENNINGS, Respondent, v. G. HERMANN KINNICUTT and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HERMAN KALT, Respondent, v. FRANK CLINE, JR., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of JOHN D. LINDSAY, Appellant, for a Peremptory Mandamus Order, Directed to JOHN F. HYLAN and Others, Constituting the Board of Estimate and Apportionment of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOHN F. WHITE, Respondent, v. NEW YORK EVENING POST, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JO L. HUTTON, Respondent, v. WILLIAM P. JENKS and Others, Appellants, and Others, Defendants, Composing the Firm of JENKS, GWYNNE & COMPANY.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

OSCAR HOFMANN and Others, as Executors, etc., of AUGUST LUCHOW, Deceased, Respondents, v. JULES S. BACHE and Others, Individually and as Surviving and Liquidating Copartners, etc., Appellants. (Action No. 1.) — Order so far as appealed from reversed, with ten dollars costs and disbursements, and the last paragraph of said order stricken out. The dates for the examinations to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

OSCAR HOFMANN and Others, as Executors, etc., of AUGUST LUCHOW, Deceased, Respondents, v. JULES S. BACHE and Others, Individually and as Surviving and Liquidating Copartners, etc., Appellants. (Action No. 2.) — Order so far as appealed from reversed, with ten dollars costs and disbursements, and the last paragraph of said order stricken out. The dates for the examinations to proceed

to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

OSCAR HOFMANN and Others, as Executors, etc., of AUGUST LUCHOW, Deceased, Respondents, v. JULES S. BACHE and Others, Individually and as Surviving and Liquidating Copartners, etc., Appellants. (Action No. 3.) — Order so far as appealed from reversed, with ten dollars costs and disbursements, and the last paragraph of said order stricken out. The dates for the examinations to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

TITUS BLATTER & COMPANY, Respondent, v. MILFORD SPINNING AND WEAVING CORPORATION and Another, Appellants.— Order of April 21, 1924, affirmed, with ten dollars costs and disbursements; appeal from order of April 28, 1924, dismissed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MYRTLE ROSS, Respondent, Appellant, v. FOWLER MANUFACTURING COMPANY, LTD., Appellant, Respondent, Impleaded with Another.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

DOROTHEA T. STOTT, Respondent, v. RICHARD T. STOTT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GREGORY B. STOLBERG and Another, Respondents, v. GRACE AMERICAN INTERNATIONAL CORPORATION, Appellant, Impleaded with Another.— Order modified by striking out item "(a)" in paragraph 5; by striking out the words " coffee " and " or other commodities " in item "(b)" thereof, and the words " coffee and " in item "(d)" of said paragraph 5; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

FREDERICK R. RYAN and Another, as Executors, etc., of WALTER F. SYKES, Deceased, Appellants, v. JOSEPH DEGNAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MATILDA MARCHELOS, Respondent, v. CARL F. FRANKEN, Appellant.— Order of January 10, 1924, reversed, with ten dollars costs and disbursements to appellant, and motion for preference denied, with ten dollars costs; appeal from order of February 1, 1924, dismissed. (See *Goldin* v. *Malone Dairy Co., Inc.*, 209 App. Div. 341.) Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

SALIM BARBOUR, Appellant, v. TAMER K. MALOUF, Respondent. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. Plaintiff's address to be furnished within five days. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THEODORE H. POPKIN, Respondent, v. PAULINE POPKIN, Appellant.— Order so far as appealed from affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THOMAS S. WALKER, Plaintiff, v. MICHAEL CARROLL, Defendant. ELIZA GUGGENHEIMER, as Executrix, etc., of JULIUS KATZENBERG, Deceased, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, McAvoy and Martin, JJ.

SARAH LEVY, Appellant, v. JOSEPH LEVY, Respondent.— Order affirmed, with ten